```
 1  BRACHFELD AND SHEPPARD
    ATTORNEY FOR THE PLAINTIFF
 2    23586 CALABASAS RD, SUITE 103
      CALABASAS, CA  91302
 3    818-222-2868
    Attorneys for the Plaintiff
```



```
 4           UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
 5
    UNITED STATES OF AMERICA,        COURT NO: 91A12345
 6           Plaintiff,
 7      v.                           DEFAULT JUDGMENT
 8  GLAFIRA CHAVEZ
    A/K/A GLAFIRA CORNEJO
 9
            Defendant(s).
10  _____/
```



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from GLAFIRA CHAVEZ

the sum of $1,856.25 as principal, $307.95 as accrued prejudgment interest, $0 administrative charges, and $39.00 costs, plus $385.62 attorney fees for a total amount of $2588.82 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 22 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
    Deputy Clerk